IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
Trenton Division

UNITED STATES OF AMERICA      :

                                           Indictment No.09-811 (JAP)

v.

                                          ORDER

JOSHUA FINKLE, ET AL.
                 Defendants.      :

*[Stamp: RECEIVED APR 20 2010 AT 8:30 __ M, WILLIAM T. WALSH, CLERK]*

Upon the application of Michael S. Washor, Esq., counsel for defendant JOSHUA FINKLE, and the United States Department of Justice, by Brigham Cannon, Esq., on behalf of the government, and consenting thereto, it is hereby

ORDERED that the defendant JOSHUA FINKLE 's bail conditions be modified and amended to allow him to vacation from Saturday, May 8, 2010, at about 5:00 p.m. through and including Tuesday, May 13, 2010 at about 9:00 a.m., and, it is hereby further

ORDERED that on Tuesday, May 13, 2010 at about 9:00 a.m. all bail conditions heretofore imposed shall be reinstated and be in full force and effect as they were prior to the instant modification and amendment.

Dated:      Trenton, New Jersey
              April 19, 2010

                                         SO ORDERED:

                                         Hon. Joel A. Pisano
                                         United States District Judge