IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
Trenton Division

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| v. : | Indictment No.09-811 (JAP) |
| | ORDER |
| JOSHUA FINKLE, ET AL. : | |
| Defendants. : | |

RECEIVED
APR 2 6 2010
AT 8:30_____M
WILLIAM T. WALSH
CLERK

Upon the application of Michael S. Washor, Esq., counsel for defendant JOSHUA FINKLE, and the United States Department of Justice, by Brigham Cannon, Esq., on behalf of the government, and consenting thereto, and the Pre-Trial Service Division of Trenton, New Jersey, consenting thereto, it is hereby

ORDERED that the defendant JOSHUA FINKLE 's bail conditions be modified and amended to allow him to vacation from Saturday, May 8, 2010, at about 5:00 p.m. through and including Tuesday, May 13, 2010 at about 9:00 a.m., and, it is hereby further

ORDERED that the defendant JOSHUA FINKLE 's pass port be returned to him on or about May 7, 2010 to be used solely for the hiatus of his vacation and returned to pretrial services upon his return, on or about May 14, 2010, and, it is hereby further

ORDERED that on Tuesday, May 13, 2010, upon his return, at about 9:00 a.m. all bail conditions heretofore imposed shall be reinstated and be in full force and effect as they were prior to the instant modification and amendment.

Dated: Trenton, New Jersey
April 26, 2010

SO ORDERED:

_____
Hon. Joel A. Pisano
United States District Judge